O

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| DENNIS PALKON, derivatively on behalf of VALUECLICK, INC., <br><br>                     Plaintiff, <br><br>      v. <br><br> JOHN GIULIANI; JOHN P. PITSTICK; PETER WOLFERT; JAMES R. ZARLEY; MARTIN T. HART; JAMES A. CROUTHAMEL; JEFFREY F. RAYPORT; JAMES R. PETERS; DAVID S. BUZBY; VALUECLICK, INC., <br><br>                   Defendants. | Case No. 2:13-cv-09148-ODW(SHx) <br><br> **ORDER DENYING PLAINTIFF DENNIS PALKON'S MOTION TO EXTEND TIME TO FILE PRO HAC VICE APPLICATION [10]** |

19
20
21
22
23

On January 10, 2014, Plaintiff Dennis Palkon filed an unopposed Motion to Extend Time to File Pro Hac Vice Application.  (ECF No. 10.)  Palkon indicates that a nonresident attorney, Richard Maniskas, seeks to apply for pro hac vice admission but is awaiting a certificate of good standing from the Pennsylvania State Bar.  Palkon asks the Court for an additional 30 days to file the application.

24
25
26
27
28

Neither the Local Rules nor this Court's Chambers Rules set a time limit for applying for pro hac vice admission.  *See* C.D. Cal. L.R. 83-2.1.3.3.  A nonresident attorney may apply for admission at any point in the case so long as he or she satisfies the admission requirements enumerated in the Local Rules.  The only time rule set forth in the Local Rules is the requirement that the attorney submit a certificate of

good standing issued not more than 30 days before the attorney applies for pro hac vice admission.  *Id.* 83-2.1.3.3(d).

The Court therefore **DENIES** Palkon's Motion.  (ECF No. 10.)  Maniskas may apply for admission under the normal application process once he receives his certificate of good standing.

**IT IS SO ORDERED.**

January 13, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**